DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LACEY RENEE COX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 09-231-LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: June 23, 2009 |
| LACEY RENEE COX, ) | TIME: 9:15 a.m. |
| ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MICHELLE RODRIGUEZ, Assistant U.S. Attorney, and defendant, LACEY RENEE COX by and through her counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, June 23, 2009 be continued to Tuesday, August 4, 2009 at 9:15 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 4, 2009

1 | pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to
2 | prepare] (Local Code T4).
3 |
4 | DATED: June 18, 2009            Respectfully submitted,
                                    DANIEL J. BRODERICK
5 |                                 Federal Defender
6 |                                 /S/ Benjamin Galloway
                                    BENJAMIN GALLOWAY
7 |                                 Assistant Federal Defender
                                    Attorney for Defendant
8 |                                 LACEY RENEE COX
9 |
10 | DATED: June 18, 2009           LAWRENCE G. BROWN
                                    Acting United States Attorney
11 |
                                    /s/ Benjamin Galloway for
12 |                                MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney
13 |                                Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set June 23, 2009, status conference shall be continued to August 4, 2009, at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, June 23, 2009, through and including the date of the new status conference hearing, August 4, 2009, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.  T4.

DATED: June 22, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3