```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   LACEY RENEE COX
6
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
   UNITED STATES OF AMERICA,   )
12                             )    Cr.S. 09-231-LKK
             Plaintiff,        )
13                             )    STIPULATION AND ORDER
        v.                     )
14                             )    DATE: August 4, 2009
   LACEY RENEE COX,            )    TIME: 9:15 a.m.
15                             )    JUDGE: Hon. Lawrence K. Karlton
             Defendant.        )
16                             )
   _____)
17
```

18      It is hereby stipulated and agreed to between the United States of
19 America through MICHELLE RODRIGUEZ, Assistant U.S. Attorney, and
20 defendant, LACEY RENEE COX by and through her counsel, BENJAMIN
21 GALLOWAY, Assistant Federal Defender, that the status conference set
22 for Tuesday, August 4, 2009 be continued to Tuesday, August 18, 2009 at
23 9:15 a.m..
24      The reason for this continuance is to allow defense counsel
25 additional time to review discovery with the defendant, to examine
26 possible defenses and to continue investigating the facts of the case.
27      Speedy trial time is to be excluded from the date of this order
28 through the date of the status conference set for August 18, 2009

1  pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to
2  prepare] (Local Code T4).
3
4  DATED: July 29, 2009           Respectfully submitted,
                                  DANIEL J. BRODERICK
5                                 Federal Defender

6                                 /S/ Benjamin Galloway
                                  BENJAMIN GALLOWAY
7                                 Assistant Federal Defender
                                  Attorney for Defendant
8                                 LACEY RENEE COX
9
10 DATED: July 29, 2009           LAWRENCE G. BROWN
                                  Acting United States Attorney
11
                                  /s/ Benjamin Galloway for
12                                MICHELLE RODRIGUEZ
                                  Assistant U.S. Attorney
13                                Attorney for Plaintiff
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set August 4, 2009, status conference shall be continued to August 18, 2009, at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, July 29, 2009, through and including the date of the new status conference hearing, August 18, 2009, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.  T4.

DATED: July 30, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT