DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LACEY RENEE COX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 09-231-LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: August 18, 2009 |
| LACEY RENEE COX, ) | TIME: 9:15 a.m. |
| ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| ) | |
| _____ ) | |

    It is hereby stipulated and agreed to between the United States of America through MICHELLE RODRIGUEZ, Assistant U.S. Attorney, and defendant, LACEY RENEE COX by and through her counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, August 18, 2009 be continued to Tuesday, September 1, 2009 at 9:15 a.m. for status conference and change of plea.

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 1, 2009

pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 13, 2009          Respectfully submitted,
                                DANIEL J. BRODERICK
                                Federal Defender

                                /S/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                LACEY RENEE COX


DATED: August 13, 2009          LAWRENCE G. BROWN
                                United States Attorney

                                /s/ Benjamin Galloway for
                                MICHELLE RODRIGUEZ
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set August 18, 2009, status conference shall be continued to September 1, 2009, at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, August 13, 2009, through and including the date of the new status conference hearing, September 1, 2009, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.  T4.

DATED: August 14, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT